# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147658

SEAN PATRICK DONOVAN,

      Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,

      Defendant-Appellee.

SC: 147658
CoA: 313462

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 28, 2013, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2013



jam

Clerk